UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

OSL STEAMSHIP CORP.,

                Plaintiff,

- against -

GETMA INTERNATIONAL S.A.S. a/k/a GROUPEMENT
D'ENTREPRISES DE TRANSPORT MARITIMES ET
AERIENS INTERNATIONAL S.A.S. and GETMA
GABON S.A. a/k/a GROUPEMENT D'ENTREPRISES
DE TRANSPORT MARITIMES ET AERIENS
GABON S.A.,

                Defendants.

------------------------------------------------------------X

JUDGE SWAIN

07 CIV  4769

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: June 5, 2007
       New York, NY

                The Plaintiff,
                OSL STEAMSHIP CORP.

                By: _____
                Patrick F. Lennon (PL 2162)
                Nancy R. Peterson (NP 2871)
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                facsimile (212) 490-6070
                nrp@lenmur.com
                pfl@lenmur.com