Swain S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SWAIN

------------------------------------------------------------X

OSL STEAMSHIP CORP.,

        Plaintiff,

- against -

GETMA INTERNATIONAL S.A.S. a/k/a GROUPEMENT
D'ENTREPRISES DE TRANSPORT MARITIMES ET
AERIENS INTERNATIONAL S.A.S. and GETMA
GABON S.A. a/k/a GROUPEMENT D'ENTREPRISES
DE TRANSPORT MARITIMES ET AERIENS
GABON S.A.,

        Defendants.

------------------------------------------------------------X

07 CIV 4769

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

U.S. DISTRICT COURT FILED JUN 0 5 2007 S.D. OF N.Y.

### ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Kevin J. Lennon, sworn to on June 5, 2007, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, or any process server employed by Gotham Process Servers, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendants.

Dated: New York, NY
      June  5 , 2007

_____
U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,  CLER

BY _____
      DEPUTY CLERK