USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 5 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OSL STEAMSHIP CORP.,

          Plaintiff,

  - against -

GETMA INTERNATIONAL S.A.S. a/k/a GROUPEMENT
D'ENTREPRISES DE TRANSPORT MARITIMES ET
AERIENS INTERNATIONAL S.A.S. and GETMA
GABON S.A. a/k/a GROUPEMENT D'ENTREPRISES
DE TRANSPORT MARITIMES ET AERIENS
GABON S.A.,

          Defendants.
------------------------------------------------------------X

07 CV 4769 (LTS)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL
## AND ORDER VACATING MARITIME ATTACHMENT

PLEASE TAKE NOTICE, there having been no appearance from the defendants, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed.R.Civ.P. 41(a). The parties have amicably reached agreement by which defendants have posted substitute security in the form of Natixis Letter of Undertaking No. 240.C.2016.4329 dated July 17, 2007. Plaintiff and/or its underwriters waive any further right to seek to obtain a maritime arrest and/or attachment and/or garnishment order in the United States for security in respect of the claims described in Paragraph 14(a) of the Verified Complaint against any property of defendants or any property of any company in their management. The maritime attachment is hereby vacated and the garnishees are directed to immediately release any funds under restraint pursuant to the instructions of defendants' attorney, James P. Krauzlis, Esq. of Badiak & Will, LLP, 106 3rd Street, Mineola, New York 11501-4404, Tel: (516)-877-2225, Fax: (516)-877-2230/2240.

Dated: July 19, 2007
New York, NY

> The Plaintiff,
> OSL STEAMSHIP CORP.,
>
> By: *[signature]*
> Charles E. Murphy (CM 2125)
> LENNON, MURPHY & LENNON, LLC
> The Gray Bar Building
> 420 Lexington Ave., Suite 300
> New York, NY 10170
> (212) 490-6050
> facsimile (212) 490-6070
> cem@lenmur.com

SO ORDERED:

*[signature]* 7/24/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2